**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AMATECH GROUP LIMITED, | : | |
| *Plaintiff*, | : | Case No. 1:21-cv-406 |
| | : | |
| vs. | : | Judge Jeffery P. Hopkins |
| | : | |
| FEDERAL CARD SERVICES, LLC, | : | |
| *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

---

### JUDGMENT IN A CIVIL CASE

---

| | |
|---|---|
| ☐ **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| ☐ **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |
| ☒ **Decision by Court.** | This action was decided by the Court without a trial or hearing. |

**IT IS ORDERED AND ADJUDGED** that pursuant to the December 18, 2024 Notation Order, this matter be **TERMINATED** on docket of this Court.

Dated: __December 18, 2024__

Richard W. Nagel, Clerk of Court
By: */s Karli Colyer*
Deputy Clerk